Prob12A
D/NV Form
Rev. Mar. 2007

# United States District Court

## for

## the District of Nevada

**REPORT ON OFFENDER UNDER SUPERVISION/
PETITION FOR EARLY TERMINATION OF PROBATION
May 16, 2012**

**Name of Offender:**   KENNETH JAMES SUTTON

Case Number:   3:09-cr-030-LRH-VPC

Name of Sentencing Judicial Officer:   Honorable Larry R. Hicks

Date of Original Sentence:   October 29, 2009

Original Offense:   False Information for Firearm Acquisition

Original Sentence:   Five Years Probation

Date Supervision Commenced:   October 29, 2009

Name of Assigned Judicial Officer:   Honorable Larry R. Hicks

## U. S. PROBATION OFFICER SUMMARY

For the Court's review, Kenneth J. Sutton was sentenced on October 29, 2009, in the District of Nevada, and immediately began his probation in the Eastern District of California. Sutton has no significant known arrest history prior to the instant offense of conviction. All special conditions have been satisfied, including 100 hours of community service, and there are no outstanding financial obligations in this case.  Sutton has had no violation conduct in the Eastern District of California.

Sutton and his wife own and operate the Shenandoah Inn, in Plymouth, California, and have no ties to the District of Nevada.

The Probation Office in the Eastern District of California requests that Sutton be considered for early termination of probation.  As noted on the Judgment, Sutton may request early termination after three years if he has complied with all terms of probation.  Three years of supervision would be completed on October 28, 2012. The United States Attorney's Office has been consulted, and has no formal objection to the Court granting early termination of probation.

Therefore, pursuant to 18 U.S.C. § 3564(c) and Fed. R. Crim. P 32.1(c)(2), it is respectfully requested that the Court consider and make a determination in granting Kenneth Sutton an early termination from probation

supervision.

                              Respectfully submitted,

                              MICHELLE WOLFE
                              United States Probation Officer

APPROVED:

TODD WHITE
Supervising United States Probation Officer

---

*Response Required:*

_____ Early Termination of Probation **Granted**

_____ Early Termination of Probation **Denied**

 XXX   Other  Per modified order.

                                            Signature of Judicial Officer

                                            May 25, 2012
                                            Date